**Order filed September 14, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00584-CV
_____

### IN THE INTEREST OF M.L.R.S., A CHILD

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2019-70099**

## O R D E R

On August 26, 2021, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails generally to comply with Texas Rule of Appellate Procedure 9.9, and the court's clerk notified appellant and returned the brief to her accordingly, because it repeatedly included a minor's unredacted name in the brief. *See* Tex. R. App. P. 9.9(a)(3), (b); *see also* Tex. R. App. P. 9.9(b)(1)(A). Despite this, appellant refiled her brief on August 30, 2021 largely with the same issues that led to her first brief being returned.

Accordingly, we order appellant's brief filed August 30, 2021 **STRICKEN**. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate

Procedure **within ten (10) days** of the date of this order. *See* Tex. R. App. P. 38.1. That brief must also include aliases of family members of that minor, such as their initialed names. *See* Tex. R. App. P. 9.8(b)(1)(B).

If appellant files another brief that does not comply with the Texas Rules of Appellate Procedure, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with the Texas Rules of Appellate Procedure, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.